IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| OUSMANE LY, | : | Case No. 1:26-cv-361 |
|  | : |  |
| Petitioner, | : |  |
|  | : |  |
| vs. | : | Judge Matthew W. McFarland |
|  | : |  |
| TODD LYONS, Acting Director, | : |  |
| Immigration and Customs | : |  |
| Enforcement, *et al.*, | : |  |
|  | : |  |
| Respondents. |  |  |

## ORDER AND OPINION

Petitioner, Ousmane Ly, brings this Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. Petitioner's claims, at bottom, seek a stay of his removal. (Petition, Doc. 1, Pg. ID 8.) As well established in the Sixth Circuit, however, the Court lacks subject matter jurisdiction over removal-based claims. *See Hamama v. Adducci*, 912 F.3d 869 (6th Cir. 2018). This Court's reasoning in *Karki v. Jones, et al.*, No. 25-CV-281, 2025 WL 1638070 (S.D. Ohio June 9, 2025) provides significant discussion on the limits of the Court's jurisdiction in claims seeking a stay of removal.

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED.** Petitioner's Emergency Motion for Temporary Restraining Order (Doc. 2), Notice of Emergency and Request for Immediate Assignment (Doc. 3), and Motion by Pro Se Litigant to Obtain Electronic Case Filing Rights (Doc. 4) are **DENIED AS MOOT**. This matter is hereby **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

April 10, 2026

MATTHEW W. McFARLAND

United States District Judge